No. 21. NEBLETT ET AL. *v.* CARPENTER, INSURANCE COMMISSIONER, ET AL. October 10, 1938. On consideration of the suggestion of a diminution of the record and motion for a writ of certiorari in that relation, the motion for a writ of certiorari is denied. See *ante*, p. 297.

No. 301. O'BRIEN *v.* UNITED STATES; and
No. 324. BROWN *v.* SAME. October 10, 1938. On petitions for writs of certiorari to the Court of Appeals for the District of Columbia. Motions for leave to proceed further *in forma pauperis* denied for the reason that the applications for writs of certiorari were not made within the time provided by law, Rule XI, Rules of Practice and Procedure in Criminal Cases (292 U. S. 665). *Mr. James J. Laughlin* for petitioners. No appearance for the United States. Reported below: 99 F. 2d 131, 368.

No. 277. LOOMIS ET AL. *v.* FIRST FEDERAL SAVINGS & LOAN ASSN. October 10, 1938. In view of the Act of August 24, 1937 (50 Stat. 751), the Court hereby certifies to the Attorney General of the United States that the constitutionality of § 5 of the Home Owners' Loan Act of 1933 (48 Stat. 132), as amended by the Act of April 27, 1934 (48 Stat. 645), and by the Act of May 28, 1935 (49 Stat. 297), is drawn in question in this cause.